# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PARIS L. YORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-00329 |
| v. ) | |
| ) | |
| NATIONAL LOUIS UNIVERSITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

National Louis University ("NLU"), by its undersigned attorneys, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. In support thereof, NLU states as follows:

1. On December 4, 2023, Plaintiff Paris York ("Plaintiff") filed a complaint against NLU alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. ("Title VII") and 42 U.S.C. § 1981, *et seq*. ("Section 1981"). Plaintiff's Complaint, captioned *Paris L. York v. National Louis University*, Case No. 2023 L 012199, was filed in the Circuit Court of Cook County, Illinois, County Department – Law Division (the "State Court Action").

2. Plaintiff served NLU with the Complaint and Summons in this action on December 13, 2023. *See* **Exhibit A**, Sheriff's Office of Cook County, Affidavit of Service (obtained from the Clerk of the Circuit Court of Cook County on-line portal).

3. Pursuant to 28 U.S.C. § 1446(b)(1), if the grounds for removal are apparent on the face of the initial pleading, "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the

initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

4. NLU timely files this Notice of Removal on January 12, 2023, 30 days after service of the Complaint and Summons.

5. NLU has not filed an answer or any other pleading or motion responsive to the Complaint in the State Action.

6. This notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure as required by 28 U.S.C. § 1446(a).

**BASIS FOR REMOVAL**

7. Plaintiff's Complaint alleges that she brings this action based on purported violations of Title VII and Section 1981.

8. NLU removes to this Court, which has original jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. § 1331 by virtue of the federal question raise in Plaintiff's Title VII and Section 1981 claims.

9. Plaintiff does not allege any state law claims formed in part of the same case or controversy as Plaintiff's Title VII claim or Section 1981 claim. Accordingly, this Court has original jurisdiction over all of Plaintiff's claims pursuant to 28 U.S.C. § 1441(c).

10. NLU is the sole defendant in the State Court Action and, therefore, no consent for removal is required from any other defendant.

## **VENUE AND PROCEDURAL STEPS**

11. The United States District Court for the Northern District of Illinois is the appropriate venue for removal of the State Court Action. Under 28 U.S.C. §1441, a civil action brought in any state court in which the district courts of the United States have original jurisdiction is to be removed to the district court for the district and division embracing the place where the state court action is pending. The State Court Action was filed in the Circuit Court of Cook County, Illinois, which is located in this judicial district.

12. As required by 28 U.S.C. §1446(a), a copy of the Summons and Complaint is attached hereto as **Exhibit B.** These documents constitute all pleadings, process and other orders served upon NLU in this action. Also included as **Exhibit C** is a copy of the docket report for the State Court Action (obtained from the Clerk of the Circuit Court of Cook County on-line portal).

13. As required by 28 U.S.C. §1446(d), written notice of this Notice of Removal will be sent promptly to Plaintiff by email and U.S. Mail, and promptly filed with the Clerk of the Circuit Court of Cook County.

14. By filing this Notice of Removal, NLU does not waive any rights or defenses to the claims Plaintiff asserts, including that Plaintiff has not pled a claim upon which relief can be granted.

WHEREFORE National Louis University removes the above-captioned action now pending against it in the Circuit Court of Cook County to the United States District Court for the Northern District of Illinois, wherein it shall proceed as an action originally commenced therein.

Dated: January 12, 2024 	Respectfully submitted,

By: **NATIONAL LOUIS UNIVERSITY**

<u>/s/   Julia S. Wolf                                        </u>.
One of Its Attorneys

Julia S. Wolf
Nicole R. Eatmon
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illlinois  60601
Tel.: 312.787.4949
Julia.Wolf@jacksonlewis.com
Nicole.Eatmon@jacksonlewis.com

4

## **CERTIFICATE OF SERVICE**

I, Julia S. Wolf, an attorney, certify that on January 12, 2024, I caused a true and correct copy of the attached *Notice of Removal* to be served on the Plaintiff by email and by U.S. mail at the following addresses:

Paris L. York
12003 South Pulaski Road
Ste 253
Alsip, IL 60803
PLYork312@gmail.com

/s/   *Julia S. Wolf*