# EXHIBIT A



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

| | | | | |
|---|---|---|---|---|
| **CASE NUMBER:** 2023L012199 | **SHERIFF NUMBER:** 20064208 | **MULT. SER.:** 1 | **DOC. TYPE:** LAW |
| **DIE DATE:** 01/04/2024 | **RECEIVED DATE:** 12/07/2023 | **FILED DATE:** 12/07/2023 | **DIST:** 603 |

**DEFENDANT:** NATIONAL LOUIS UNIVERSITY  
**ADDRESS:** 122 S MICHIGAN  
**CITY:** CHICAGO  
**STATE:** IL **ZIP CODE:** 60603  
**ATTACHED FEE AMT:**  
**SERVICE INFORMATION:**

**PLAINTIFF:** PARIS L YORK  
**ATTORNEY:** PARIS L YORK  
**ADDRESS:** 122 S PULASKI RD  
**CITY:** CHICAGO  
**STATE:** IL **ZIP CODE:** 60803

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE ___ DAY OF ___ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☒ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

☐ **(8)** AND BY MAILING ON THE ___ DAY OF ___ 20 ___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

☐ (01) NO CONTACT ☐ (05) WRONG ADDRESS ☐ (09) DECEASED  
☐ (02) MOVED ☐ (06) NO SUCH ADDRESS ☐ (10) NO REGISTED AGENT  
☐ (03) EMPTY LOT ☐ (07) EMPLOYER REFUSAL ☐ (11) OUT OF COOK COUNTY  
☐ (04) NOT LISTED ☐ (08) CANCELLED BY PLAINTIFF ATTY ☐ (12) OTHER REASON (EXPLAIN)

**EXPLANATION:**

**WRIT SERVED ON:** JAMES FANNIN  
**SEX:** M **RACE:** WH **AGE:** 55  
**THIS** 13 **DAY OF** December 20 23  
**TIME:** 12:00 PM

**ATTEMPTED SERVICES**
Date Time Star #

THOMAS J. DART,  
SHERIFF, BY: /S/ CHANG, BARBARO #11559 , DEPUTY



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2023L012199   **SHERIFF NUMBER:** 20064208   **MULT. SER.:** 1   **DOC. TYPE:** LAW

**DIE DATE:** 01/04/2024   **RECEIVED DATE:** 12/07/2023   **FILED DATE:** 12/07/2023   **DIST:** 603

| Date | Time | Star # |
|------|------|--------|