# EXHIBIT B

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | SUMMONS | For Court Use Only<br>**FILED**<br>DEC 07 2023<br>IRIS Y. MARTINEZ<br>CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL |
|---|---|---|

**Instructions ▼**

Enter above the county name where the case was filed.

**Plaintiff / Petitioner** (First, middle, last name)
Paris L. York

Enter your name as Plaintiff/Petitioner.

v.

Below "Defendants/Respondents," enter the names of all people you are suing.

**Defendants / Respondents** (First, middle, last name)
National Louis University

Case Number: 23L012199

Enter the Case Number given by the Circuit Clerk.

☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

## IMPORTANT: You have been sued.

- Read all documents attached to this Summons.
- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

### Plaintiff/Petitioner:

**Do not use this form** in these types of cases:
- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

SU-S 1503.4          Page 1 of 5          (05/23)

| | | |
|---|---|---|
| In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. | **Defendant/Respondent's address and service Information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: National Louis University<br>Registered Agent's name, if any: _____<br>Street Address, Unit #: 122 S. Michigan Ave<br>City, State, ZIP: Chicago, IL 60603<br>Telephone: 888 658 8632 Email: NLUChicago@NL.edu |
| In **1b**, enter a second address for the first Defendant/ Respondent, if you have one. | | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: ~~National Louis University~~<br>Street Address, Unit #: ~~18 S. Michigan Ave~~<br>City, State, ZIP: ~~Chicago, IL 60603~~<br>Telephone: _____ Email: ~~NLUChicago@NL.edu~~ |
| In **1c**, check how you are sending your documents to this Defendant/ Respondent. | | c. Method of service on Defendant/Respondent:<br>☒ Sheriff ☐ Sheriff outside Illinois: _____<br>　　　　　　　　　　　　　　　　　　County & State<br>☐ Special process server ☐ Licensed private detective |
| Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached. | ☐ | **I am serving more than 1 Defendant/Respondent.**<br>I have attached _____ Additional Defendant/Respondent Address<br>　　　　　　　　Number<br>and *Service Information* forms. |
| | 2. | **Information about the lawsuit:**<br>a. Amount claimed: $ _____ |
| | ☐ | b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession). |
| In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property. | 3. | **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Paris L. York<br>Street Address, Unit #: 12003 S. Pulaski Road #253<br>City, State, ZIP: Chicago IL 60803<br>Telephone: 312 890 3993 Email: PLYork.312@gmail.com |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | | **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. |
| **Important information for the person getting this form** | | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms. |
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | 4. | **Instructions for person receiving this *Summons* (Defendant):**<br>☒ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: _____<br>City, State, ZIP: _____ |

SU-S 1503.4　　　　　　　　　　　　　　　　Page 2 of 5　　　　　　　　　　　　　　　　(05/23)

| | |
|---|---|
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>      Date              Time                     Courtroom<br>**In-person at:**<br><br>_____<br>Courthouse Address    City    State    ZIP<br>**OR**<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>    By telephone: _____<br>            Call-in number for telephone remote appearance<br>    By video conference: _____<br>            Video conference website<br>    _____<br>    Video conference log-in information (meeting ID, password, etc.)<br><br>Call the Circuit Clerk at: _____ or visit their website<br>               Circuit Clerk's phone number<br>at: _____ to find out more about how to do this.<br>    Website |
| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** **IRIS Y. MARTINEZ DEC 0 7 2023**      Seal of Court<br><br>**Clerk of the Court:** **IRIS Y. MARTINEZ**<br>                               CLERK OF CIRCUIT COURT |

**STOP!** The officer or process server will fill in the Date of Service

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least ____ before the court date, unless 2b is also checked.
    - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: _____
                (Date to be entered by an officer or process server on the copy of this
                Summons left with the Defendant or other person.)

Enter Information Above the Curve

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

_Paris L. York_
**Plaintiff / Petitioner** (First, middle, last name)

v.

_National Louis University_
**Defendant / Respondent** (First, middle, last name)

☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

**Case Number** _____

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank _Proof of Service_ form for each Defendant/Respondent.\*\***

**My name is** _____ **and I state**
   _First, Middle, Last_

☐ I served the _Summons_ and Complaint/Petition on the Defendant/Respondent
   _____ as follows:
   _First, Middle, Last_

☐ Personally on the Defendant/Respondent:
   ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____  Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
                     _First, Middle, Last_
   ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____  Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: _____ .

☐ On the Corporation's agent, _____
                              _First, Middle, Last_
   ☐ Male  ☐ Female  ☐ Non-Binary   Approx. Age: _____  Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

**By:**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois: _____

_____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ _____

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

SU-S 1503.4    Page 5 of 5    (05/23)

**Civil Action Cover Sheet - Case Initiation** (12/01/20) CCL 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Paris L. York

v.

National Louis University

No. 23L012199

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☑ Yes ☐ No

**FILED**
DEC 04 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
    (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
    (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: Paris L. York
(Attorney)    (Pro Se)

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
    (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
    (Please specify below.**)
- ☐ 075 Other Commercial Litigation
    (Please specify below.**)
- ☑ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

Primary Email: PLYork312@gmail.com

Secondary Email: _____

Tertiary Email: _____

**Pro Se Only:** ☑ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: PLYork312@gmail.com

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Complaint _____ (02/14/22) CCL 0063 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### COUNTY DEPARTMENT, LAW DIVISION

PARIS L YORK

Plaintiff(s)

v.

NATIONAL LOUIS UNIVERSITY

Defendant(s)

Case No. **23L012199**

Contract: _____

Amount Claimed: $350,000.00

Return Date: _____

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required.):

Plaintiff Paris L. York ("Ms. York") hereby alleges, as and for her Complaint against Defendant National Louis University ("NLU"), as follows:

1. This is a civil rights complaint for discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII"), and the Civil Rights Act of 1866, 42 U.S.C. § 1981 ("Section 1981").

The allegations in this complaint are true.

☐ Atty. No.: _____  ● Pro Se 99500

Atty Name: Paris L. York

Atty. for (if applicable): _____

Address: 12003 South Pulaski Road Ste 253

City: Alsip   State: IL

Zip: 60803

Telephone: 312-890-3993

Primary Email: PLYork312@gmail.com

Dated: 12/4/23

[Signature: Paris Y. York]

**FILED**
**DEC 04 2023**
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**Complaint** (02/14/22) CCL 0063 B

Claims - continued

2. From February 2022 to February 2023, Plaintiff Ms. York was employed as a Resident Life Assistant by National Louis University. During this time, the P.A.C.E. at National Louis University Leadership Team and other National Louis University employees harassed and discriminated against Ms. York, who is a Black Woman, based on her sex and race.

3. The Plaintiff Ms. York made numerous reports to NLU Management and Human Resources, regarding the harassment she encountered between May 2022 to February 2023, and discrimination she encountered between August 2022 to February 2023.

4. The Defendant discriminated against and retaliated against Ms. York, including but not limited to harassing her, subjecting her to a hostile work environment, denying her a promotion and firing her.

5. As a direct and proximate result of said unlawful employment practices and in disregard of Ms. York's rights and sensibilities, Ms. York has suffered significantly and was damaged by the defendant's actions.

VENUE AND JURISDICTION

6. The Plaintiff is an adult resident of Illinois, Cook County
7. The Defendant operates in the State of Illinois, Cook County
8. Employment took place in the state of Illinois, Cook County
9. Defendant is being sued in excess of $30,000

PROCEDURAL BACKGROUND

10. The U.S. Equal Employment Opportunity Commission ("EEOC") found reasonable cause to believe violations of Title VII occurred. The EEOC issued Ms. York Notice of Right to Sue, which Ms. York received on September 05, 2023. A true and correct copy of that notification is attached as Exhibit A.

11. This Complaint is being filed within 90 days of Ms. York's receipt of the EEOC Notice of Right to Sue.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment be entered in her favor against Defendant as follows:

A. Requiring defendant to twice a year have D.E.I. (Diversity Equity, and Inclusion) and Hostile Work Environment training for all employees, to prevent future harm.

B. For a money judgment representing compensatory damages including consequential damages, lost wages, earning, and all other sums of money, together with interest on these amounts;

C. For a money judgment for mental pain and anguish and severe emotional distress;

D. For punitive and exemplary damages;

E. For attorneys' fees, costs, and non-taxable expenses in this action;

F. For prejudgment and post-judgment interest; and

G. For such other and further relief as the Court may deem just and proper.

JURY DEMAND

Plaintiff Ms. York hereby demands trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

Respectfully Submitted,

# EXHIBIT A

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 9/5/2023

**To:** Ms. Paris L. York
12003 South Pulaski Road STE 253
Alsip, IL 60803

Charge No: 440-2023-04475

EEOC Representative and email:     ROBERT WILK
Investigator
robert.wilk@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2023-04475.

On behalf of the Commission,

Digitally Signed By: Diane I. Smason
9/5/2023
Diane I. Smason
Acting District Director

**Cc: National Louis University**

Please retain this notice for your records.