# EXHIBIT C

District 1

# Case Summary

### Case No. 2023L012199

| | | |
|---|---|---|
| **Paris York -vs- National Louis University** § § § | Location: | **District 1** |
| | Judicial Officer: | **Calendar, I** |
| | Filed on: | **12/04/2023** |

## Case Information

| | |
|---|---|
| Case Type: | Retaliatory Discharge - Jury |
| Case Status: | **12/04/2023**  Pending |
| Case Flags: | **100% Fee Waiver Granted** |

## Assignment Information

**Current Case Assignment**
Case Number    2023L012199
Court                District 1
Date Assigned  12/04/2023
Judicial Officer  Calendar, I

## Party Information

**Plaintiff**   **York, Paris L**
  12003 South Pulaski RD
  APT 253
  Alsip, IL 60803

**Defendant**   **National Louis University**

## Events and Orders of the Court

02/05/2024   **First Time Case Management**   (9:30 AM)   (Judicial Officer: Curry, John J, Jr.)
  Resource: Location L1906 Court Room 1906
  Resource: Location D1 Richard J Daley Center

01/02/2024   
Electronic Notice Sent
  Party:   Plaintiff York, Paris L

12/15/2023   
Summons Served - Corporation/Company/Business
  *Sheriff ID: 20064208, UNKNOWN LITIGANT Sheriff Filename: 2023L01219920064208.pdf*
  Date Served:   12/13/2023

12/07/2023   
Summons Issued And Returnable
  Party:   Plaintiff York, Paris L

12/05/2023   
Execute Or Perform - Allowed -    (Judicial Officer: Flanagan, Kathy M)
  Party:   Plaintiff York, Paris L

12/05/2023   
298 Plaintiff/Petitioner- 100% - Granted/Allowed    (Judicial Officer: Flanagan, Kathy M)
  Party:   Plaintiff York, Paris L

12/04/2023   
298 Petition Filed-Plaintiff/Petitioner

District 1

# Case Summary

**Case No. 2023L012199**

Party: Plaintiff York, Paris L

12/04/2023
E-Filing Exemption - Filed
Party: Plaintiff York, Paris L

12/04/2023
Retaliatory Discharge Complaint Filed (Jury Demand)
Party: Plaintiff York, Paris L

12/04/2023 New Case Filing