**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PARIS YORK, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-cv-00329 |
| ) | |
| vs. ) | Judge Andrea R. Wood |
| ) | |
| NATIONAL LOUIS UNIVERSITY, ) | Magistrate Judge Heather K. McShain |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONDUCT SETTLEMENT CONFERENCE, STAY DISCOVERY, AND VACATE DEADLINES**

Plaintiff Paris York and Defendant National Louis University (collectively, "the Parties"), by and through their undersigned attorneys, hereby move to conduct a settlement conference with Magistrate Judge Heather K. McShain, stay discovery, and vacate all deadlines set in the Order entered by Magistrate Judge McShain on January 10, 2025 (Dkt No. 44), pending the outcome of the settlement conference. In support of this Joint Motion, the Parties state as follows:

1. On December 19, 2024, Judge Andrea R. Wood entered an Order stating that this case "is referred to the magistrate judge for discovery supervision, which includes authority to set and adjust the discovery schedule as necessary, and for a settlement conference." The Order entered on December 19, 2024, also set a telephonic status hearing with Judge Wood for March 18, 2025, at 9:00 a.m. *See* Dkt. No. 39.

2. On January 10, 2025, Judge Heather K. McShain entered an Order setting the following deadlines:

   a) Rule 26(a)(1) initial disclosures due January 31, 2025;

    b) Initial written discovery requests to be issued by February 28, 2025;

    c) Joint status report due March 11, 2025; and

    d) Fact discovery to be completed by June 30, 2025.

*See* Dkt. No. 44.

3. Following entry of Magistrate Judge McShain's Order on January 10, 2025, the Parties conferred regarding the possibility of settlement and agreed to jointly request a settlement conference with Magistrate Judge McShain.

4. In addition to the Parties' request for a settlement conference, the Parties request that the Court stay discovery and vacate all deadlines set in the Order entered by Magistrate Judge McShain on January 10, 2025, including the January 31, 2025 deadline to issue Rule 26(a)(1) initial disclosures, the February 28, 2025 deadline to issue initial written discovery requests, the March 11, 2025 deadline to file a joint status report, and the June 30, 2025 deadline to complete fact discovery, pending the outcome of the settlement conference. *See* Dkt. No. 44.[1]

5. The Parties also request that the Court order the Parties to submit a joint status report indicating whether the matter has settled upon conclusion of the settlement conference.

6. Granting this Joint Motion will preserve the resources of the Parties and the Court while the Parties explore the possibility of settlement and will ensure that the Parties have sufficient time to complete discovery in the event they are unable to reach a settlement at the settlement conference.

7. This Joint Motion is being made in good faith and will not cause undue delay or prejudice to any Party.

---

[1] The Parties are not requesting that the Court vacate the telephonic status hearing with Judge Wood set for March 18, 2025, at 9:00 a.m. *See* Dkt. No. 39.

**WHEREFORE**, for the reasons stated herein, the Parties respectfully request that the Court enter an Order granting their request for a settlement conference with Magistrate Judge Heather K. McShain, staying discovery, vacating all deadlines set in the Order entered by Magistrate Judge McShain on January 10, 2025 (Dkt. No. 44), and requiring the Parties to file a joint status report upon conclusion of the settlement conference.

Dated:  January 30, 2025

**PLAINTIFF PARIS YORK**

By: */s/ Robert R. Cohen*
    Attorney for Plaintiff Paris York

Robert R. Cohen
Law Office of Robert R. Cohen
2100 Manchester Road, Suite 926
Wheaton, Illinois 60187
(630) 805-3558
attorneyrobertrcohen@gmail.com
robertcohenexempt@gmail.com

Respectfully submitted,

**DEFENDANT NATIONAL LOUIS UNIVERSITY**

By: */s/ Kirsten A. Milton*
    One of the Attorneys for Defendant
    National Louis University

Kirsten A. Milton
Anderson Charles Franklin
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel.: (312) 787-4949
Fax: (312) 787-4995
Kirsten.Milton@jacksonlewis.com
Anderson.Franklin@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 30, 2025, she caused a copy of the foregoing **JOINT MOTION TO CONDUCT SETTLEMENT CONFERENCE, STAY DISCOVERY, AND VACATE DEADLINES** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys and parties of record registered with the Court's ECF/CM system.

*/s/ Kirsten A. Milton*